UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    CASE NO. 2:22-CR-20028-001

PHILLIP JONES                                                                             DEFENDANT

## ORDER

    The Court ADOPTS the report and recommendation (Doc. 24) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

    IT IS SO ORDERED this 25th day of April, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE